DANA A. SUNTAG (State Bar No. 125127)
JOSHUA J. STEVENS (State Bar No. 238105)
ALEXANDER R. THOMAS (State Bar No. 350132)
HERUM\CRABTREE\SUNTAG, LLP
5757 Pacific Avenue, Suite 222
Stockton, California  95207
Telephone:  (209) 472-7700
dsuntag@herumcrabtree.com
jstevens@herumcrabtree.com
athomas@herumcrabtree.com

Attorneys for Defendants
ROBERT DAVIS and
COUNTY OF SAN JOAQUIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| RAMEEN FAZEL, | ) Case No.: 2:25-cv-03555-JAM-AC |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER RE DISMISSAL OF THIRD AND FOURTH CAUSES OF ACTION IN COMPLAINT AND EXTENSION OF TIME TO FILE ANSWER** |
| vs. | ) |
| COUNTY OF SAN JOAQUIN, et al. | ) [no hearing requested] |
| Defendants. | ) |

HERUM\CRABTREE\SUNTAG
ATTORNEYS

STIPULATION AND ORDER

This stipulation is entered into between Plaintiff and Defendants County of San Joaquin (the "County") and Robert Davis (collectively, "Defendants").

R E C I T A L S

A.    On December 9, 2025, Plaintiff filed his Complaint. (ECF No. 1.)

B.    On December 18, 2025, counsel for Defendants returned to Plaintiff's counsel signed waivers of service of summons on behalf of Defendants. Accordingly, Defendants' response to the Complaint is due February 17, 2026.

C.    On February 12, 2025, counsel for the parties met and conferred telephonically to discuss a possible motion to dismiss the third and fourth causes of action in the Complaint, as required by Section III of this Court's standing order. (ECF No. 4-2, p. 2.) Following the conference, Plaintiff's counsel agreed to dismiss the third and fourth causes of action.

D.    In exchange for Plaintiff dismissing the third and fourth causes of action, Defendants will file an Answer to the Complaint. Counsel for the parties agree to a seven-day extension of time for Defendants to do that, making the Answer due February 24, 2026.

S T I P U L A T I O N

IT IS STIPULATED AND AGREED, by the parties, through their counsel of record as follows:

1.    Plaintiff dismisses without prejudice the following claims from his Complaint: the third cause of action, for "Municipal Liability – Failure to Train (42 U.S.C. § 1983)"; and the fourth cause of action, for "Municipal Liability – Ratification (42 U.S.C. § 1983)."



2.    Defendants have a seven-day extension of time to file an Answer to the Complaint, making the Answer due **February 24, 2026**.

Dated: February 17, 2026                    HERUM\CRABTREE\SUNTAG, LLP


By: /s/ *Dana A. Suntag*_____
    DANA A. SUNTAG
    Attorneys for Defendants
    ROBERT DAVIS and
    COUNTY OF SAN JOAQUIN


Dated: February 17, 2026                    QURESHI LAW PC


By: /s/ *Max A. Schoening*\*_____
    MAX A. SCHOENING
    Attorneys for Plaintiff
    RAMEEN FAZEL
    (\*As authorized on February 17, 2026)


# O R D E R


Good cause appearing therefor, IT IS SO ORDERED.


Dated: February 23, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE